**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1100**
_____

MYRA HAMILTON,

Plaintiff - Appellant,

versus

THE VILLAGE OF CROSS KEYS, INCORPORATED; THE
ROUSE COMPANY; WALTER HOLLAWAY; MEL HANNAH;
SAHLIM MUSTAFA,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Marvin J. Garbis, District Judge. (CA-00-
3143-MJG)

_____

Submitted:  May 20, 2002                Decided:  June 11, 2002

_____

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Myra Hamilton, Appellant Pro Se. Richard J. Hafets, PIPER, MARBURY,
RUDNICK & WOLFE, L.L.P., Baltimore, Maryland; Elisha A. King,
PIPER, MARBURY, RUDNICK & WOLFE, L.L.P., Washington, D.C., for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Myra Hamilton appeals the district court's order dismissing this Title VII action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Hamilton v. Village of Cross Keys, Inc.</u>, No. CA-00-3143-MJG (D. Md. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>